FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Inmate Number)

Stephen Washington
(Name of Plaintiff)

PO Box 100
(Address of Plaintiff)

Hourdal PA 16698-100

vs.

Lackwonna County
Prison

(Names of Defendants)

1:CV01-0051
(Case Number)

FILED
SCRANTON
JAN 1 2 2001

COMPLAINT
PER
DEPUTY CLERK

FILED
HARRISBURG, PA
DEC 0 8 2000

MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

1-17-01
SC

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                      _X_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  Previous Lawsuits

    A.  If you have filed any other lawsuits in federal court while a prisoner please list the capt
        and case number including year, as well as the name of the judicial officer to whom it v
        assigned: Yes I have. But do not I have
        that information as for yet.

II. Exhaustion of Administrative Remedies

    A.  Is there a grievance procedure available at your institution?
        _X_ Yes  ___ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?
        _X_ Yes  ___ No

        If your answer is no, explain why not _____

    C.  Is the grievance process completed?  ___ Yes  ___ No  never would eth
        returned a answer

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position the second blank, and his/her place of employment in the third blank. Use Item B for the name positions and places of employment of any additional defendants.)

A. Defendant _____ is employed

as _____ at _____

B. Additional defendants _Lackawanna County Prison;_
_employes_ _____
_____
_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. I was in very Bad pain for the longes time I put request in, I ask for help But most the time I got I con do anything

2. for you. My jaw was Brake some time befor and I was Hit in the places where it was Brake and need help, But these

3. would not do anything to help at time I could not sleep, just cry in pain and there know this very much.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I wont for all the time I was in pain and they did n't do any thing, to get money. for all the day + night

2. I was in pain more then any one should go thru when I know thay could have help if there real wanted to.

3.

Signed this _____ day of _____ Dec 7, 19 2000

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

12/7/00                    _____
(Date)                     (Signature of Plaintiff)

3

FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

   1)   the average monthly deposits to your prison account for the past six months; or

   2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

   2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**