IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

②
1-17-01
sc

Stephen Washington
PO Box 100
SCI Houtzdale PA 16698/००० 

**Name of Plaintiff(s)**

v.

Lackwanna County Prison

**Name of Defendant(s)**

1:CV01-005

Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
JAN 1 2 2001

PER ____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __X__   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing f and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __X__   I have enclosed an executed Authorization form which authoriz the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whi a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim up which relief may be granted?   Yes ____   No __X__

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes ____   No ____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

N/A

4. (a) Are you presently employed at the Institution? Yes ✗  No ___

   (b) If yes, what is your monthly compensation? $ about $14.40

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ___  No ✗

   If the answer is "yes" to any of the above, describe each source and the amount involved.

I certify under penalty of perjury that the foregoing is true and correct

Executed on  12/31
              (Date)                              (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF _____

**1:CV01-0051**

Stephen Washington
SCI Camp Hill, PA

v.

Lackawanna County Prison
1371 N. Washington ave Scranton PA 18509

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:

RECEIVED SCRANTON
JAN 4 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

FILED SCRANTON
JAN 1 2 2001
PER _____ DEPUTY CLERK

I, Stephen Washington, declare that I am the (check appropriate box)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant   ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   Yes ☐  No ☒
   b. Rent payments, interest or dividends?                     Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐  No ☒
   d. Gifts or inheritances?                                    Yes ☐  No ☒
   e. Any other sources?                                        Yes ☐  No ☒

COPY

      If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

   3. Do you own any cash, or do you have money in checking or savings accounts?
      Yes ☐   No ☒   (Include any funds in prison accounts.)
      If the answer is "yes," state the total value of the items owned.

   4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
      Yes ☐   No ☒
      If the answer is "yes," describe the property and state its approximate value.

   5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

      N/A

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on _____     _____
                    (Date)                        Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 8.12 on account to his credit at the SCI Camp Hill institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution

NA

I further certify that during the last six months the applicant's average balance was $ 2.92

                                         _____
                                         Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ | _____ _____ |
| United States Judge    Date   | United States Judge    Date   |
|                               | or Magistrate                 |

COPY

- If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____
                  (Date)                     Signature of Applicant

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 8.12 on account to his credit at the SCI Camp Hill institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution _____
N/A
I further certify that during the last six months the applicant's average balance was $ 292
4
_____
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |