# AUTHORIZATION
(Prisoner's Account Only)

③
1-17-01

**1 : CV01-0051**

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED
SCRANTON

JAN 1 2 2001

I, _Stephen Washington_, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

PER
DEPUTY CLERK

This authorization is furnished in connection with the filing of a civil action, and I understand the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___12/31___, 2000

_____
Signature of Prisoner

Stephen Washington
PO Box 100  #EJ8067
Houtzdale, PA 16698-1000

RECEIVED SCRANTON
JAN 4 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

12/31/00

Dear Clerk of U.S. Court,

I do not want the Form service By the Marshall yet. I'm still looking for a civil attorney for myself and would like to get one before this is taking to Court, so I need a little time.

Also I do not know if Camp Hill SCI (SCI) send the copy of the 1983 Poor Forms if not, here these are, also remember these two case on Lackawanna County Prison, to defferen case on ther (1983)

One I do have the court paper work Back (1:00-CV 01991) Washington v Lackawanna County
Judges Yvette Kane

Please send the paper work on the other 1983 Form I send

SW