See Attachment

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JAN 31 2001

MARY E. D'ANDREA
Per _____
Deputy Clerk

STEPHEN WASHINGTON, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-1991
:
LACKAWANNA COUNTY PRISON, : (Judge Kane)
:
    Defendant :

- - - - - - - - - - - - - - - - - - - - -

STEPHEN WASHINGTON, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-01-0051
:
LACKAWANNA COUNTY PRISON, : (Judge Kane)
:
    Defendant :

ORDER

**Background**

    Stephen Washington, an inmate presently confined at the State Correctional Institution, Houtzdale initiated the above-captioned civil rights complaints under 42 U.S.C. § 1983. This court has reviewed the matters and found that they involve common facts and question of law. For the reasons outlined below, this court will direct that the cases be consolidated pursuant to Federal Rule of Civil Procedure 42(a) and the

Certified from the record
Date 12-31-01
Mary E. D'Andrea/Clerk
Per _____

consolidated matter will proceed under Civil Action No. 1:CV-00-1991, which was the initially filed action.

**DISCUSSION**

Washington's initial complaint, Civil No. 00-1991, names as defendants his former place of confinement, the Lackawanna County Prison, and an unidentified "correction offical (sic)" employed at the prison. (Doc. 1, ¶ III(A).)[1] Plaintiff asserts that on August 10, 1999, he was a pretrial detainee being held at the Lackawanna County Prison. On the above date, an unidentified correctional official allegedly subjected him to an excessive use of force, "and did not let me see a doctor me asked." Id. at ¶ IV(3).

His second complaint likewise names the Lackawanna County Prison and unidentified prison officials as defendants. The plaintiff, without providing any dates, again indicates that he was physically assaulted, stating that he was "hit in the places where" he had suffered a broken jaw "some time before." (Doc. 1, IV (2).) He also generally maintains that he requested but was denied medical attention for his injury. Both complaints

---

[1] However, since plaintiff subsequently states that he does not know all the defendants' names, it appears that he wishes to proceed against multiple John/Jane Doe prison officials. See id. at (B).

2

appear to seek compensatory damages.

>  Rule 42(a) of the Federal Rules of Civil Procedure states:
>
> > When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a).

The allegations set forth in both actions are similar and appear to have arisen from the same underlying events. It also seems that plaintiff wishes to proceed against the same defendants. Consequently, since the actions contain common factors of law and fact, this court will order the consolidation of the two actions pursuant to Rule 42(a) and will proceed with the consolidated matter under plaintiff's initially filed action, Civil Action No. 1:CV-00-1991.

AND NOW, THEREFORE, THIS 31st DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to consolidate <u>Washington v. Lackawanna County Prison</u>, Civil No. 1:CV-01-0051 into <u>Washington v. Lackawanna County Prison</u>, Civil No. 1:CV-00-1991, pursuant to Federal Rule of Civil Procedure 42(a).

2. The Clerk of Court is directed to close the case of <u>Washington v. Lackawanna County Prison</u>, Civil No. 1:CV-01-0051.

YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 31, 2001

Re: 1:01-cv-00051    Washington v. Lackawanna County Pr

True and correct copies of the attached were mailed by the clerk to the following:

Stephen Washington
SCI-HOUTZDALE
EJ8067
P.O.Box 1000
Houtzdale, PA  16698-1000

cc:
Judge                       (✓)
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (✓)
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to: US Atty Gen  ( )    PA Atty Gen ( )
                                     DA of County ( )    Respondents ( )
Bankruptcy Court            ( )
Other ___TSLC___            (✓)

MARY E. D'ANDREA, Clerk

DATE: 1-31-01              BY: _____
                               Deputy Clerk