(7)
3/2/01
SC

United States District Court
For the
Middle District of Penn.

Stephen Washington
   Plaintiff
v.
Lackwanna County Prison
   Defendant

FILED
HARRISBURG
MAR 01 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Civil N° 1CV00-1991
1:01-CV0051
Judge Kane

Motion for appointment
of Counsel

I, Stephen Washington on Feb 27 2000 AD request for the appointment of Counsel. In filing in Forma Pauperis. and do not have any of paying for a attorney. there for in need of one to be appointment to my Case.

So if a receive justice fully by the law. I ask this of Judge Kane of the Middle District Court PA. U.S. Court.

Sincerely
SW
Stephen Washington #EJ8067
PO Box 1000
SCI Houtzdale, PA 16698-1000

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue, RM. 423
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 207-5600  FAX (717) 207-5650

2/23/01

Divisional Offices

Harrisburg:    (717) 221-
Williamsport:  (717) 323-

TO: Stephen Washington EJ-8067

REFERENCE: Your letter dated 2/20/01

Please see the paragraph checked below:

_____    The forms you requested are enclosed.

_____    In order for service of your complaint to be made, a U.S. Marshal Form 285 (form enclosed) must be completed for each named defendant and returned to the Clerk's Office at the above address. Additional forms are available at the prison library or the Clerk's Office. (This does not apply to petitions for writ of habeas corpus.)

_____    In forma pauperis application and/or Authorization form not signed.

_____    Complaint/petition is not signed.

_____    It is your obligation to keep the court informed of all changes of address.

_____    This office is unable to provide legal advice to individuals on how to proceed with a lawsuit.

_____    The Clerk's office does not provide free copies of documents to individuals except by order of court. Copies are available at a cost of 50¢ per page. The cost of your request is _____, which must be paid in advance.

_____    This office does not provide copies of Local, Federal Criminal or Civil Rules of Procedure to the public. Please check your your institutional library.

   ✓   There are no forms    Clerk of Court, Mary E. D'Andrea
for appointment of
counsel. You may        BY: _____
legibly write your motion