**Jeffrey A. Beard, Ph.D.**
Secretary



**John M. McCullough**
Superintendent

**8**

**01-51**

**Henry A. Tatum**
Deputy Superintendent for
Facilities Management

## Pennsylvania Department of Corrections
## State Correctional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**George N. Patrick**
Deputy Superintendent for
Centralized Services

February 13, 2002



FILED
SCRANTON

FEB 19 2002

DEPUTY CLERK

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Inmate Stephen Washington #EJ8067civil action no. 1:00-cv-01991 and 1:01-cv-00051 was released on 2/11/02.  He left a forwarding address of:  Scranton CCC (201), 240 Adams Ave., Scranton, PA 18503.  The balances at time of release were $98.19 and $150.00 respectively

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Accounting Assistant.
Inmate Accounts

cha
enclosure